UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STEVEN PAULUS,

    Plaintiff,

vs.

CIRCLE LOGISTICS, INC., *et al.*,

    Defendants,

Case No. 3:20-cv-00298

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

---

### ORDER: (1) CONDITIONALLY DISMISSING THIS CASE; AND (2) TERMINATING THE CASE ON THE DOCKET

---

The Court, having been advised that the above-captioned matter has been settled (Doc. No. 27), **IT IS ORDERED** that this case is hereby **DISMISSED** with prejudice as to all parties provided that any of the parties may, upon good cause shown within **thirty (30) days**, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

October 8, 2021

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge